UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMPSON SURGICAL INSTRUMENTS, INC., a Michigan corporation,<br><br>    Plaintiff,<br><br>v.<br><br>T.KOROS SURGICAL INSTRUMENTS CORP., a California corporation,<br><br>    Defendant. | Case No. 1:03-CV-0867<br><br>Hon. Ellen S. Carmody |

## CONSENT JUDGMENT

The parties, having agreed to settlement of the matters in issue before them, and to the entry of this Consent Judgment, it is ordered, adjudged and decreed that:

1. This Court has personal jurisdiction over Plaintiff Thompson Surgical Instruments, Inc. ("Thompson") and Defendant T.Koros Surgical Instruments, Corp. ("Koros"). This Court also has jurisdiction over the subject matter in issue.

2. Thompson is the owner by assignment of the entire, right, title, and interest in and to U.S. Patent No. 5,897,087 (the "'087 patent"), entitled "Cam Tightened Universal Joint Clamp."

3. Koros has infringed the '087 patent by making, using, and/or selling clamping devices which embody one or more of the inventions claimed in the '087 patent. Specifically, at least the products as shown in the attached photographs and sold under Koros' Catalog No. 9881-70 infringe one or more claims of the '087 patent.

4. Koros, its officers, agents, servants, employees, attorneys and those in active concert with them are permanently enjoined from making, using, selling, or offering for sale in the United States or importing into the United States any device which would infringe any claim of the '087 patent, including but not limited to those items as shown in the attached photographs and sold under Koros' Catalog No. 9881-70.

5. The clerk is directed to enter this judgment forthwith.

Date: June 29, 2004                 /s/ Ellen S. Carmody
                                     ELLEN S. CARMODY
                                     U.S. Magistrate Judge

**AGREED AND CONSENTED TO BY:**

**For Plaintiff Thompson Surgical Instruments, Inc.**

_____
James M. Shade (P33572)
WHEELER UPHAM
Second Floor, Trust Building
40 Pearl Street, N.W.
Grand Rapids, MI 49503
(616) 459-7100

Lawrence M. Jarvis
Alejandro Menchaca
William B. Gont
McANDREWS, HELD & MALLOY, LTD.
500 West Madison, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

**For Defendant T.Koros Surgical Instruments Corp.**

_____
Richard A. Gaffin
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
99 Monroe Avenue, N.W., Suite 1200
Grand Rapids, MI 49503
(616) 454-8656